**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-222C
(Filed: June 5, 2017)

**FILED**

JUN - 5 2017

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| TREVINO, et al., | ) |
| *Pro Se* Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On April 17, 2017 defendant filed a motion to dismiss plaintiffs' complaint pursuant to Rules 12(b)(1) and (6) of the United States Court of Federal Claims (Docket No. 4). In accordance with court rules, the plaintiffs' response to defendant's motion was due by May 18, 2017. On May 24, 2017 the court issued an order (Docket No. 5) directing plaintiffs to file their response to defendant's motion to dismiss by May 31, 2017. The order stated that failure to timely file a response would result in dismissal of plaintiffs' complaint for failure to prosecute.

A review of court records indicates that plaintiffs have not filed a response to defendant's motion to dismiss as directed by the court's May 24, 2017 order. Accordingly, the above-caption case is **DIMISSED** pursuant to Rule 41(b) of the Rules of the Court of Federal Claims for failure to prosecute.

**IT IS SO ORDERED**.

NANCY B. FIRESTONE
Senior Judge

7014 1200 0000 9093 7191

**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-222C
(Filed: May 24, 2017)

**FILED**

MAY 24 2017

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| TREVINO, et al., | ) |
| *Pro Se* Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On April 17, 2017 defendant filed a motion to dismiss plaintiffs' complaint pursuant to Rules 12(b)(1) and (6) of the United States Court of Federal Claims (Docket No. 4). In accordance with court rules, the plaintiffs' response to defendant's motion was due by May 18, 2017. A review of court records indicates that plaintiffs have not responded to the motion to dismiss.

Plaintiffs shall have until **May 31, 2017** to file their response to defendant's motion to dismiss. Should the plaintiffs fail to timely respond, the court will dismiss the plaintiffs' complaint for failure to prosecute.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge